**Cantwell Woodworking LLC DBA**
**Trial Balance**
**As Of: 12/22/2020**

| Account No | Description | Debits | Credits |
|---|---|---:|---:|
| 400000 | JOB INCOME | | 4,845,568.72 |
| 401000 | SALES - JIP ADJUSTMENT | 168,560.87 | |
| 495000 | INTEREST INCOME | | 2,189.35 |
| 497000 | SALES TAX DISCOUNT | | 99.54 |
| 498000 | GAIN(LOSS) - SALE OF ASS | | 9,000.00 |
| 500000 | JOB COSTING-SUB | 31,661.63 | |
| 500100 | JOB COSTING-MATL | 1,125,177.68 | |
| 500200 | JOB COSTING-LABOR | 1,581,390.98 | |
| 500400 | JOB COSTING-OTHER | 6,817.88 | |
| 501000 | INVENTORY OVERHEAD EXP | 55,113.56 | |
| 501500 | UNION EXPENSES - JOB | 750,404.93 | |
| 501600 | TAXES P/R FICA JOBS | 96,855.00 | |
| 501700 | TAXES P/R SUI JOBS | 27,946.73 | |
| 501800 | TAXES P/R FUI JOBS | 1,322.43 | |
| 501900 | WORKER COMP - JOBS | 36,373.14 | |
| 509400 | SHIPPING/HANDLING - LABO | 42.97 | |
| 520010 | FACTORY SUPPLIES - P LAM | 20,540.70 | |
| 520020 | FACTORY SUPPLIES - WOOD | 8,729.33 | |
| 520030 | FACTORY SUPPLIES - FINIS | 29,739.80 | |
| 601000 | ACCOUNTING | 54,355.31 | |
| 602000 | AMORTIZATION | 23,333.32 | |
| 602500 | AUTO/TRUCK EXPENSE | 49,313.80 | |
| 602800 | AUTO/TRUCK INSURANCE EXP | 7,775.78 | |
| 603000 | BAD DEBT EXPENSE | | 77,295.64 |
| 603500 | BANK CHARGES | 3,834.15 | |
| 604000 | COMPUTER EXPENSE | 8,885.38 | |
| 605000 | DEPRECIATION | 6,803.20 | |
| 606000 | DUES & SUBSCRIPTIONS | 5,591.31 | |
| 606200 | EMPLOYEE BENEFITS | 33,003.31 | |
| 606300 | EMPLOYEE BENEFITS - 401K | 1,892.96 | |
| 606500 | ENTERTAINMENT & MEALS | 287.42 | |
| 607000 | EQUIPMENT RENTAL | 64,993.54 | |
| 610000 | INSURANCE - W/C | 118.41 | |
| 610500 | INSURANCE - LIABILITY | 29,864.04 | |
| 612000 | INTEREST EXPENSE | 102,732.08 | |
| 612200 | JANITORIAL EXPENSES | 1,000.00 | |
| 613000 | LEGAL EXPENSE | 5,500.00 | |
| 616000 | MISCELLANEOUS EXPENSE | 220.00 | |
| 617000 | MOVING EXPENSE | 225,413.49 | |
| 620000 | OFFICE SUPPLIES & EXPENS | 20,434.33 | |
| 625000 | POSTAGE | 57.90 | |
| 626500 | PROFESSIONAL FEES | 26,348.90 | |
| 627000 | OFFICE AND STORAGE RENT | 190,746.99 | |
| 628000 | REPAIRS & MAINTENANCE | 26,161.52 | |
| 633000 | SALARIES - SHOP MAINTENA | 66,135.31 | |
| 634000 | SALARIES - ESTIMATORS | 552,150.95 | |
| 635100 | SALARIES | 11,469.70 | |
| 636000 | SALES TAX EXPENSE | 1,767.40 | |
| 640000 | SMALL TOOLS & MATERIALS | 3,405.20 | |
| 650000 | TAXES - CORP INCOME | 156.63 | |
| 652000 | TAXES - P/R - FICA | 129,349.62 | |
| 653000 | TAXES - P/R - STATE U/C | 38,194.13 | |
| 654000 | TAXES - P/R - FUTA | 1,379.72 | |
| 656000 | TAXES - OTHER | 2,944.82 | |
| 660000 | TELEPHONE - OFFICE | 2,976.89 | |
| 661000 | TELEPHONE - MOBILE | 11,158.72 | |
| 662000 | TOOL REPAIR-PARTS | 3,864.75 | |

**Cantwell Woodworking LLC DBA**
**Trial Balance**
**As Of: 12/22/2020**

| Account No | Description | Debits | Credits |
|---|---|---|---|
| 663000 | EQUIPMENT MOVING EXPENSE | 634.40 | |
| 670000 | TRAVEL EXPENSE | 13,964.43 | |
| 675000 | UNION DUES EXPENSE | 72,585.95 | |
| 676000 | UTILITIES - ELECTRIC GA | 5,777.79 | |
| 677000 | WASTE REMOVAL | 16,613.51 | |
| | **Total Trial Balance** | **7,171,225.29** | **7,171,225.29** |