**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Cantwell Woodworking, LLC, | : | |
| Debtor. | : | Bankruptcy No. 21-10031-MDC |

# O R D E R

**AND NOW**, the Debtor having commenced the above-captioned chapter 11 case and having elected to proceed under subchapter V of title 11, it is therefore **ORDERED** that:

1. Pursuant to 11 U.S.C. §1188(c), **on or before February 10, 2021**, the Debtor shall file a Status Report, substantially in form as set forth in Appendix A to this Order.

2. Pursuant to 11 U.S.C. §1188(a), a Status Conference is **SCHEDULED on February 17, 2021**, **at 10:30 a.m., in Bankruptcy Courtroom No. 2, Second Floor, U.S. Courthouse, 900 Market Street, Philadelphia, Pennsylvania**.

Given the Covid-19 pandemic, this hearing shall take place telephonically by dialing 1-877-336-1828 and using the passcode: 7855846.

Dated: January 19, 2021

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
3993 Huntingdon Pike, Suite 210
Huntingdon Valley, PA 19006

Leona Mogavero, Esquire
Friedman Schuman, P.C.
Subchapter V Trustee
101 Greenwood Avenue, Fifth Floor
Jenkintown, PA 19046

Kevin P. Callahan, Esquire
United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                    :          Chapter 11

Cantwell Woodworking, LLC,                :

    Debtor.                            :          Bankruptcy No.  21-10031-MDC

**SUBCHAPTER V STATUS REPORT**

*Note: If necessary, to fully complete, attach additional pages*

Date of order for relief: _____

Trustee: _____

Has the debtor attended an initial debtor interview?  ☐ Yes  ☐ No

    If no, please explain:

Has the trustee concluded the 341 meeting?  ☐ Yes  ☐ No

    If no, please explain:

Has the debtor filed all postpetition financial reports?  Yes ☐  No ☐

    If no, please explain:

Has the debtor filed all monthly operating reports?  Yes ☐  No ☐

    If no, please explain:

Is all relevant insurance in place and current?  Yes ☐  No ☐

    If no, please explain:

# APPENDIX A

Has the debtor filed all applicable tax returns?              Yes ☐    No ☐

If no, please explain: _____

Has the debtor paid all taxes entitled to administrative expense priority? Yes ☐    No ☐

If no, please explain: _____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:




Other relevant information:


Note: **Debtor must file a plan not later than 90 days after entry of order for relief.** Unless the court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.


**Date:** _____            _____
                                                                        **Attorney for Debtor**

3